DORIS ELSENBERGER, Respondent, v. THOMAS LINZ et al., Appellants.—

754

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.